## William Jackson v. Mary Cross.

The rulings in Murphy *v.* Coffey, 33 Texas, 508, respecting the disability of a married woman to sue in her own name for community property, cited and approved.

Error from Denton. Tried below before the Hon. C. C. Binkley.

No occasion for a statement of the facts.

*J. A. Carroll,* for the plaintiff in error.

No brief for the defendant in error has reached the hands of the reporter.

Walker, J. The plaintiff in this case, by her petition filed in the District Court, does not bring herself within the rule of the statute. (Paschal's Digest, Article 3422. See also Murphy *v.* Coffey, 33 Texas, 508.)

The defendant in error is a *feme covert.* She is apparently suing for community property, and her husband is not a party to the suit. The judgment of the District Court is reversed, and the cause dismissed without prejudice.

Reversed and dismissed.